MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
FRANCESCO BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105-1545
    Telephone: (415) 977-8978
    Facsimile: (415) 744-0134
    Email: francesco.benavides@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA RENE THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br><br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 3:13-cv-01389-JCS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file a Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. There is good cause for this extension because counsel for the Commissioner presently has an unusually robust caseload.

    The new due date for Defendant's Cross-Motion and Opposition will be February 23, 2014. Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience this may cause.

Stip. & Prop. Order for Extension, 13-CV-01389-JCS

Respectfully submitted,

Dated: January 24, 2014                     By: */s/ Brian Patrick Hogan*
                                            (as authorized via-email)
                                            BRIAN PATRICK HOGAN
                                            Rubicon Legal Services

                                            Attorney for Plaintiff


                                            MELINDA L. HAAG
                                            United States Attorney

Dated: January 24, 2014                     By: */s/ Francesco P. Benavides*

                                            FRANCESCO P. BENAVIDES
                                            Special Assistant United States Attorney

                                            Attorneys for Defendant

Of Counsel:

DONNA L. CALVERT,
Acting Regional Chief Counsel

HEATHER M. MOSS
Assistant Regional Counsel

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 28, 2014                     _____
                                            HON. JOSEPH C. SPERO
                                            UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Extension, 13-CV-01389-JCS